NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONNEY L. WHITE,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3179

---

Petition for review of the Merit Systems Protection Board in No. AT0752130542-I-1.

---

**ON MOTION**

---

**O R D E R**

Ronney L. White moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                    WHITE v. USPS

FOR THE COURT

/s/ Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s24